153-272274-14

FILED
TARRANT COUNTY
12/11/2015 11:57:23 PM
THOMAS A. WILDER
DISTRICT CLERK

NO. 153-272274-14

| | | |
|---|---|---|
| JORGE RODRIGUEZ | § | IN THE DISTRICT COURT |
| Plaintiff, | § | FILED IN<br>2nd COURT OF APPEALS<br>FORT WORTH, TEXAS<br>12/14/2015 9:02:50 AM |
| | § | |
| V. | § | 153RD JUDICIAL DISTRICT |
| | § | DEBRA SPISAK<br>Clerk |
| CITY OF FORT WORTH | § | |
| Defendant. | § | OF TARRANT COUNTY, TEXAS |

---

PLAINTIFF's NOTICE OF ACCELERATED APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

1.	Plaintiff Jorge Rodriguez, desires to appeal from the Order Granting Defendant City of Fort Worth's Plea to the Jurisdiction, signed by this court on November 24, 2015, pursuant to Texas Civil Practices and Remedies Code §51.014(a)(8).

2.	Plaintiff appeals to the Second Court of Appeals, Fort Worth, Texas.

DATED:  December 11, 2015

Respectfully submitted,

The Law Firm of Sim, Parvathaneni, & Brown PLLC


By: /S/ Timothy E. Brown
Timothy E. Brown
Texas Bar No. 24078272
3010 LBJ Freeway Suite 130
Dallas, TX 75234
Tel. (817) 500-5553
Fax. (512) 582-8472
Email: tbrown@spblawfirm.com
Attorney for Plaintiff
Jorge Rodriguez

CERTIFICATE OF SERVICE

This is to certify that on this the 11ˢᵗ day of December 11, 2015, a true and correct copy of the foregoing document was served via electronic service provider to:

Harvey L. Frye, Jr
Attorney for Defendant
City of Fort Worth
1000 Throckmorton Street
Fort Worth, Texas 76102
(817)392-7600
(817)392-8359/Fax

/S/Timothy E. Brown
Timothy E. Brown
Texas Bar No. 24078272
3010 LBJ Freeway Suite 130
Dallas, TX 75234
Tel. (817) 500-5553
Fax. (512) 582-8472
Email: tbrown@spblawfirm.com
Attorney for Plaintiff
Jorge Rodriguez

## DEFINITIONS AND INSTRUCTIONS

1.      As used herein, the terms "you" and "your" shall mean City of Fort Worth, and all attorneys, agents, and other natural persons or business or legal entities acting or purporting to act for or on behalf of City of Fort Worth, whether authorized to do so or not.

2.      As used herein, the term "documents" shall mean all writings of every kind, source and authorship, both originals and all nonidentical copies thereof, in your possession, custody, or control, or known by you to exist, irrespective of whether the writing is one intended for or transmitted internally by you, or intended for or transmitted to any other person or entity, including without limitation any government agency, department, administrative, or private entity or person. The term shall include handwritten, typewritten, printed, photocopied, photographic, or recorded matter. It shall include communications in words, symbols, pictures, sound recordings, films, tapes, and information stored in, or accessible through, computer or other information storage or retrieval systems, together with the codes and/or programming instructions and other materials necessary to understand and use such systems. For purposes of illustration and not limitation, the term shall include: affidavits; agendas; agreements; analyses; announcements; bills, statements, and other records of obligations and expenditures; books; brochures; bulletins; calendars; canceled checks, vouchers, receipts and other records of payments; charts or drawings; check registers; checkbooks; circulars; collateral files and contents; contracts; corporate bylaws; corporate charters; correspondence; credit files and contents; deeds of trust; deposit slips; diaries or drafts; files; guaranty agreements; instructions; invoices; ledgers, journals, balance sheets, profit and loss statements, and other sources of financial data; letters; logs, notes, or memoranda of telephonic or face-to-face conversations; manuals; memoranda of all kinds, to and from any persons, agencies, or entities; minutes; minute books; notes; notices; parts lists; papers; press releases; printed matter (including books, articles, speeches, and newspaper clippings); purchase orders; records; records of administrative, technical, and financial actions taken or recommended; reports; safety deposit boxes and contents and records of entry; schedules; security agreements; specifications; statements of bank accounts; statements or interviews; stock transfer ledgers; technical and engineering reports, evaluations, advice, recommendations, commentaries, conclusions, studies, test plans, manuals, procedures, data, reports, results, and conclusions; summaries, notes, and other records and recordings of any conferences, meetings, visits, statements, interviews or telephone conversations; telegrams; teletypes and other communications sent or received; transcripts of testimony; UCC instruments; work papers; and all other writings, the contents of which relate to, discuss, consider, or otherwise refer to the subject matter of the particular discovery requested.

3.      In accordance with Tex. R. Civ. P. Rule 192.7, a document is deemed to be in your possession, custody or control if you either have physical possession of the item or have a right to possession of the item that is equal or superior to the person who has physical control of the item.

4.      "Person" or "persons" means any natural persons, firms, partnerships, associations, joint ventures, corporations and any other form of business organization or arrangement, as well as governmental or quasi-governmental agencies. If other than a natural person, include all natural persons associated with such entity.

5.      Any and all data or information which is in electronic or magnetic form should be produced in a reasonable manner.

## USE OF DEFINITIONS

The use of any particular gender in the plural or singular number of the words defined under paragraph "1", "Definitions" is intended to include the appropriate gender or number as the text of any particular request for production of documents may require.

## TIME PERIOD

Unless specifically stated in a request for production of documents, all information herein requested is for the entire time period from December 12, 2010, through the date of production of documents requested herein.

**EXHIBIT A**
**DOCUMENTS TO BE PRODUCED**

1.      All photographs that pertain to this lawsuit in the possession, custody or control of City of Fort Worth, City of Fort Worth's attorney or anyone acting on City of Fort Worth's behalf.

2.      All written statements made by anyone acting on City of Fort Worth's behalf that pertain to this lawsuit in the possession, custody or control of City of Fort Worth, City of Fort Worth's attorney or anyone acting on City of Fort Worth's behalf.

4.      All oral statements made by anyone action on City of Fort Worth's behalf that pertain to this lawsuit which were either recorded or taped on an electronic device or recorder which are in the possession, custody or control of City of Fort Worth, City of Fort Worth's attorney or anyone acting on City of Fort Worth's behalf.

5.      A copy of all documents filed with any state, county, city, federal or governmental agency, institution or department containing information about 1223 Bessie Street, Fort Worth, Tarrant County, Texas or Plaintiff, which are in the possession, custody or control of City of Fort Worth, City of Fort Worth's attorney or anyone acting on City of Fort Worth's behalf.

6.      All written reports of inspection, tests, writings, drawings, graphs, charts, recordings or opinions of any expert who has been used for consultation in connection with this lawsuit and whose work product was reviewed in whole or in part by an expert who is to be called as a witness.

7.      A curriculum vitae or resume for any consulting expert whose mental impressions or opinions have been reviewed by a testifying expert.

8.      Copies of any and all books, documents or other tangible things which may be used at the time of trial of this lawsuit.

9.      All written communications (to include but not limited to emails, memos, reports) pertaining to1223 Bessie Street, Fort Worth, Tarrant County, Texas or Plaintiff, which are in the possession, custody or control of City of Fort Worth, City of Fort Worth's attorney or anyone acting on City of Fort Worth's behalf.

10.     All written communications (to include but not limited to emails, memos, reports) pertaining to errors in the issuance of any document connected with the destruction or demolition of any property by the City of Fort Worth, which are in the possession, custody or control of City of Fort Worth, City of Fort Worth's attorney or anyone acting on City of Fort Worth's behalf since December 12, 2010

11.     All notices in any form, sent or posted to the owner of 1223 Bessie Street, Fort Worth, Tarrant County, Texas, which are in the possession, custody or control of City of Fort

Worth, City of Fort Worth's attorney or anyone acting on City of Fort Worth's behalf.

12.     All recorded addresses and recorded owner's information of properties demolished by the City of Fort Worth or anyone acting on its behalf since December 12, 2010.

13.     All recorded addresses of properties demolished by the city of Fort Worth or anyone acting on its behalf which have since been determined to have been demolished in error.

14.     Copies of any and all tangible things whose production has not been requested previously in this or other requests which City of Fort Worth may use as demonstrative evidence at trial.

CAUSE NO. 153-272274-14

| | | |
|---|---|---|
| JORGE RODRIGUEZ, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 153RD JUDICIAL DISTRICT |
| | § | |
| | § | |
| CITY OF FORT WORTH, | § | |
| | § | |
| Defendant. | § | TARRANT COUNTY, TEXAS |

## ORDER SUSTAINING DEFENDANT'S PLEA TO THE JURISDICTION

CAME ON TO BE HEARD the Plea to the Jurisdiction of the City of Fort Worth on this, the 23rd day of November, 2015, at 9:30 a.m., in the 153rd District Court, Tarrant County, Texas. Plaintiff and Defendant appeared by and through their respective counsel. After hearing the arguments and authorities of counsel, the Court is of the opinion that the motion is well founded, and should be, and hereby is, GRANTED.

Accordingly, the Plea to the Jurisdiction of the City of Fort Worth, Defendant, is hereby GRANTED and Plaintiff's cause of action against the City of Fort Worth is DISMISSED with prejudice to the refiling of same, with the costs of this action being charged to the party incurring same.

SIGNED this 24th day of November, 2015.

_____
JUDGE PRESIDING

ORDER